UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE PARADIES SHOPS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BROTHERS PETROLEUM, LLC,<br><br>    Defendant. | CIVIL ACTION NO: 2:20-cv-01278<br><br>DISTRICT JUDGE: Ivan L.R. Lemelle<br><br>MAGISTRATE JUDGE: Dana Douglas<br><br>SECTION B, DIVISION 3 |

## NOTICE OF APPEAL

COMES NOW, Plaintiff-Appellant The Paradies Shops, LLC ("Paradies") and pursuant to 28 U.S.C. § 1291 and § 1292(a)(1), hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order entered June 19, 2020, Dkt. No. 46, by which the United States District Court for the Eastern District of Louisiana "found the existence of a contract between the parties that requires arbitration," resulting in a final decision on Paradies' sole independent claim for relief in the Complaint, Dkt. No. 1-1, and by which the district court denied Paradies' Renewed Motion for Injunctive Relief, Dkt. No. 27.  Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, this appeal is timely.

Dated: June 26, 2020

                                                  Respectfully submitted,

                                                  HOLLAND & KNIGHT LLP

                                                  By: */s/ Peter N. Hall*
                                                         L. Bradley Hancock
                                                         Louisiana Bar No. 27234
                                                         Email:  brad.hancock@hklaw.com
                                                         1100 Louisiana Street
                                                         Suite 4300
                                                         Houston, TX 77002
                                                         713-821-7000 (phone)
                                                         713-821-7001 (fax)

Peter N. Hall (GA State Bar No. 141376)
*Admitted pro hac vice*
Email: peter.hall@hklaw.com
1180 West Peachtree Street NW
Suite 1800
Atlanta, GA 30309
404-817-8500 (phone)
404-881-0470 (fax)

**Counsel for Plaintiff The Paradies Shops, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2020, I caused to be electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, including the following:

Joseph V. DiRosa, Jr.
329 North Woodlawn Avenue
Metairie, Louisiana 70001
Jdirosa1@cox.net
Attorney for Brothers Petroleum, LLC

By: */s/ Peter N. Hall*
Attorney admitted *pro hac vice*

#75720875_v1

2